```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA        :     **UNSEALING ORDER**
                                            :
                  -v.-                :    S3 15 Cr. 333 (LTS)
                                            :    S4 15 Cr. 333 (LTS)
ANDREI TYURIN,                      :
     a/k/a "Andrei Tiurin,"        :
                Defendant.          :
                                            :
- - - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Eun Young Choi;

        It is found that the S3 and S4 Indictments in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have the S3 and S4 Indictments unsealed; it is therefore

        ORDERED that the S3 and S4 Indictments in the above-captioned action shall be unsealed as of 1:00 PM today and remain unsealed pending further order of the Court.

Dated:    New York, New York
           September 7, 2018

                                          _____
                                          THE HONORABLE HENRY B. PITMAN
                                          United States Magistrate Judge
                                          Southern District of New York