UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                           NOTICE OF APPEARANCE

   -against-

                                                                                           15-CR-333 (LTS)

ANDREI TYURIN,


------------------------------------------------------------------X


      PLEASE TAKE NOTICE, that Florian Miedel, of Miedel & Mysliwiec LLP, hereby appears as retained counsel in the above-caption case as the attorney for Andrei Tyurin. All papers in this action should be served upon the undersigned at the address indicated below.

Dated: New York, New York
       September 13, 2018

                                                                   Florian Miedel
                                                                   Miedel & Mysliwiec LLP
                                                                   80 Broad Street, Suite 1900
                                                                   New York, New York 10004
                                                                   Phone: 212-616-3042
                                                                   Email: fm@fmamlaw.com