

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2019

**BY ECF & FAX (212-805-0426)**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

          Re:    **United States v. Andrei Tyurin**,
                 15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government, with the defendant's consent through his counsel, Florian Miedel, respectfully submits this letter to request an adjournment of the upcoming conference, presently scheduled for June 4, 2019, in this matter. The parties have been engaging in fruitful negotiations to resolve this matter short of trial, but need additional time to finalize a disposition. Accordingly, the parties respectfully request an adjournment until the afternoon of July 17, 2019 at 2:30 PM, a time that Chambers has indicated the Court is available.

      The parties further respectfully request that the time until the date of the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act to permit the parties to finalize discussions regarding a pretrial resolution of this complex matter.

      A proposed endorsement for the Court's consideration is below.

Hon. Laura Taylor Swain
June 3, 2019
Page 2

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                       By: _____
                                    Eun Young Choi
                                    Noah Solowiejczyk
                                    Assistant United States Attorneys
                                    Southern District of New York
                                    Tel:  (212) 637-2187/2473

**ENDORSEMENT:**

      Upon the application of the United States of America, by and through Assistant United States Attorney Eun Young Choi, and with the consent of the defendant by and through his counsel, it is hereby

      ORDERED that the conference in this matter is adjourned until July 17, 2019, at 2:30 PM, and it is further

      ORDERED that the time between the date of this Order and July 17, 2019 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it would permit the parties to further discuss a possible pretrial disposition of this complex matter.

Dated:      New York, New York
                  June ____, 2019


                                  _____
                                  THE HONORABLE LAURA TAYLOR SWAIN
                                  UNITED STATES DISTRICT JUDGE

cc:  Defense Counsel (via ECF)