

**Miedel & Mysliwiec LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019
```

MEMO ENDORSED

December 11, 2019

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          RE:   **United States v. Andrei Tyurin**
                    **15-Cr-333**

Dear Judge Swain:

    Mr. Tyurin's sentencing is currently scheduled for February 13, 2020. The Probation Department has informed me that its second disclosure of the Presentence Report (the initial disclosure was issued on November 25, 2019) is due on December 23, 2019. Mr. Tyurin's objections to the initial disclosure were due on December 9, 2019. However, due to the intervening holidays and the additional time it has taken to have the PSR translated, I will not be able to submit my objections and comments to the Probation Department with sufficient time for them to be incorporated into the second disclosure.

    Accordingly, in light of the fact that sentencing is still two months away, I respectfully request for the Court to permit the Probation Department to delay its second disclosure until January 20, 2020. This will provide enough time for me (and the government) to register comments and objections and for those objections to be incorporated into the final report.

    While the Probation Department does not make this request, it does not oppose it.

    Thank you for your consideration.

*The request is granted. DE #113 resolved.*

Sincerely,

SO ORDERED:

/s/ Laura Taylor Swain 12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Florian Miedel
*Counsel for Andrei Tyurin*

AUSA Eun Young Choi (email)
USPO Stephanie McMahon (email)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com