

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2020

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States</u> v. <u>Andrei Tyurin</u>,
         15 Cr. 333 (LTS)

Dear Judge Swain:

  The Government respectfully writes, on consent of the defendant, for an adjournment of the sentencing date for the defendant Andrei Tyurin, which is presently scheduled for February 13, 2020 at 2:30 PM. The Government requests this adjournment in order to prepare for the sentencing, and specifically to allow additional time for the victims to prepare submissions for requests for restitution. In light of the parties' schedules and the schedule of the Court, the Government respectfully requests that the sentencing be rescheduled to May 18 or May 19, 2020, at a time available for the Court.

  A proposed endorsement for the Court's consideration is below.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

        By: */s/ Eun Young Choi*
            Eun Young Choi
            Noah Solowiejczyk
            Sarah Lai
            Assistant United States Attorney
            Southern District of New York
            (212) 637-2187/2473/1944

Hon. Laura Taylor Swain
February 7, 2020
Page 2

**MEMO ENDORSEMENT:**

    At the request of the parties it is hereby ORDERED that the sentencing of Andrei Tyurin is hereby adjourned until May \_\_\_\_, 2020, at _____ AM/PM.

    IT IS SO ORDERED.

Dated: February \_\_\_\_, 2020
       New York, New York

                                          _____
                                          HONORABLE LAURA TAYLOR SWAIN
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK