

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**   February 7, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 2-10-2020

**Via ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   **United States v. Andrei Tyurin**,
             15 Cr. 333 (LTS)

Dear Judge Swain:

    The Government respectfully writes, on consent of the defendant, for an adjournment of the sentencing date for the defendant Andrei Tyurin, which is presently scheduled for February 13, 2020 at 2:30 PM. The Government requests this adjournment in order to prepare for the sentencing, and specifically to allow additional time for the victims to prepare submissions for requests for restitution. In light of the parties' schedules and the schedule of the Court, the Government respectfully requests that the sentencing be rescheduled to May 18 or May 19, 2020, at a time available for the Court.

    A proposed endorsement for the Court's consideration is below.

*The sentencing is adjourned to May 19, 2020, at 2:15 pm.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

SO ORDERED:

*/s/ LTS 2/7/20*
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: _____
Eun Young Choi
Noah Solowiejczyk
Sarah Lai
Assistant United States Attorney
Southern District of New York
(212) 637-2187/2473/1944