

## MEMO ENDORSED

April 22, 2020

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     **United States v. Andrei Tyurin**
        **15-Cr-333**

Dear Judge Swain:

Mr. Tyurin's sentencing is currently scheduled for May 19, 2020.  With the consent of the government, I respectfully request an adjournment of sentencing of at least two months. Since the onset of the COVID-19 crisis, I have been unable to effectively communicate with my client.  He is currently under 24/7 lockdown until at least May 18, and confidential face to face attorney client visitation is suspended indefinitely.  Legal calls are sporadic, limited in time, and are not confidential because a counselor usually remains in the room with the client.

Because I need my client's assistance in crafting a persuasive sentence memorandum, and I do not have that assistance at the moment, I ask that the sentencing be adjourned to the middle of July or later.  I hope, as we all do, that the current situation will have eased by then. I note, again, that this request is made with the consent of the government.

Thank you for your consideration.

The sentencing is adjourned to July 23, 2020,
at 10:00 A.M. and the related deadlines are
modified accordingly.
SO ORDERED.
4/22/2020
/s/ Laura Taylor Swain, USDJ

Sincerely,

/s/

Florian Miedel
*Counsel for Andrei Tyurin*

AUSA Eun Young Choi (email)