

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   <u>United States</u> v. <u>Andrei Tyurin</u>,
        15 Cr. 333 (LTS)

Dear Judge Swain:

    The Government respectfully writes, on consent of the defendant, to request that the Court reschedule the sentencing date for defendant Andrei Tyurin, which is presently scheduled for July 23, 2020 at 10:00 AM.  The Government has another sentencing already set for this time.  In light of the parties' schedules and the schedule of the Court, the Government respectfully requests that the sentencing be rescheduled to July 21, 2020, at either 2:30 PM or 11:00 AM.

    A proposed endorsement for the Court's consideration is below.

The sentencing is adjourned to July 21, 2020, at 11:00 a.m. and the related deadlines are modified accordingly.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ 5/4/2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Eun Young Choi
Assistant United States Attorney
Southern District of New York
(212) 637-2187