

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2020

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States</u> v. <u>Andrei Tyurin</u>,
         15 Cr. 333 (LTS)

Dear Judge Swain:

  The Government respectfully writes, on consent of the defendant, to request that the Court reschedule the sentencing date for defendant Andrei Tyurin, which is presently scheduled for July 21, 2020 at 11:00 AM. In light of the ongoing restrictions on public proceedings in light of the COVID-19 pandemic, the Government respectfully requests that the sentencing be rescheduled to September 25, 2020, at 11:00 AM, a time that the parties understand the Court to be available.

  A proposed endorsement for the Court's consideration is below.

            Respectfully submitted,

            AUDREY STRAUSS
            Acting United States Attorney

        By: _____
            Eun Young Choi
            Assistant United States Attorney
            Southern District of New York
            (212) 637-2187

Hon. Laura Taylor Swain
July 14, 2020
Page 2

**MEMO ENDORSEMENT:**

 At the request of the parties it is hereby ORDERED that the sentencing of Andrei Tyurin is hereby rescheduled for September 25, 2020, at 11:00 AM and the related deadlines are modified accordingly.   IT IS SO ORDERED.

 Dated: July   14  , 2020

New York, New York

             /s/ Laura Taylor Swain, USDJ
            HONORABLE LAURA TAYLOR SWAIN
            UNITED STATES DISTRICT JUDGE
            SOUTHERN DISTRICT OF NEW YORK