

October 20, 2020

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                        **RE:**    **United States v. Andrei Tyurin**
                                    15-Cr-333

Dear Judge Swain:

      Mr. Tyurin's sentencing is currently scheduled for November 5, 2020. With the consent of the government, I respectfully request an adjournment of sentencing of two weeks. The logistical difficulties presented by the COVID-19 crisis have delayed my ability to effectively communicate with my client around issues related to sentencing, such as giving him adequate time to review any sentencing submissions to be filed on his behalf. I also await additional materials from his family in Russia that may be relevant to sentencing.

      Accordingly, I respectfully request an adjournment of sentencing to November 19, 2020.

      Thank you for your consideration.

                                                    Sincerely,

                                                    /s/

                                                    Florian Miedel
                                                   *Counsel for Andrei Tyurin*

AUSA Eun Young Choi (email)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com