

November 12, 2020

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: <u>**United States v. Andrei Tyurin**</u>
   15-Cr-333

Dear Judge Swain:

Mr. Tyurin's sentencing is currently scheduled for November 17, 2020. Today the government filed a 37 page sentencing submission. The submission contains a number of factual assertions that I need to discuss with Mr. Tyurin. He undoubtedly wishes to read and digest the government's filing and will have comments that he will want me to convey to the Court.

Unfortunately, I cannot get the submission to him, have him read it and analyze it, schedule a video conference to discuss it, and submit any reply based on his comments by Tuesday morning. Accordingly, with the consent of the government, I respectfully request an adjournment of sentencing by about 10 days to two weeks. I recognize the efforts put forth by the Court to proceed with sentencing on the 17th, and I apologize for the late recognition of the need for more time. I am available any day during the week of November 30th, except Friday December 4th.

Thank you for your consideration.

The adjournment request is granted. The court will request a videoconference for December 1, 2020, at 11:00 a.m. Because the availability of video and the precise time cannot be known until late in the preceding week, counsel are requested to keep their calendars open from 9:00 a.m. to 1:00 p.m. on December 1, 2020.
SO ORDERED.
11/12/2020
/s/ Laura Taylor Swain, USDJ

Sincerely,

/s/

Florian Miedel
*Counsel for Andrei Tyurin*

AUSA Eun Young Choi (email)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com