UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                    :
UNITED STATES OF AMERICA,                     :
                    :
    -v-                       :        15-CR-333 (LTS)
                    :        19-CR-658 (LTS)
ANDREI TYURIN,                           :
                      :
          Defendant.           :
                    :
-------------------------------------------------------------------------X

## Order

        The Court has requested that Defendant's continued sentencing proceeding take place via videoconference on the morning of **January 7, 2021**, **at 9:00 a.m**. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on January 7, 2021**, until further notice.

        The Court has also requested that defense counsel be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time. (Chambers will provide counsel with a telephone number at which the interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the Defendant for the pre-conference.)

        In advance of the conference, Chambers will email the parties with further information on how to access the conference.

        To the extent that there are any documents relevant to the proceeding (e.g., proposed orders or documents regarding restitution, forfeiture, or removal), which have not

already been submitted to the Court, counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**.  To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

    SO ORDERED.

Dated:  New York, New York
        December 8, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge