

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022

**By ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

        Re:    **United States v. Gery Shalon**,
                 S1 15 Cr. 333 (LTS)

Dear Chief Judge Swain:

      The Government respectfully encloses a proposed stipulation for the Court's consideration relating to the forfeiture proceedings in the above-referenced matter. This stipulation relates to extending the time for one party with a purported interest in certain of the property subject to forfeiture to file a claim.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                                  /s Noah Solowiejczyk
                   By:   _____
                                  Noah Solowiejczyk
                                  Assistant United States Attorney
                                  Southern District of New York
                                  (212) 637-21473

cc: J Chris Bristow, Esq. (by Email)