UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                        No. 15-CR-333 (LTS),
                                                                            19-CR-658 (LTS)

ANDREI TYURIN,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Andrei Tyurin's letter request for a transfer from Federal Correctional Institution Berlin, where he is currently incarcerated, to a lower security Bureau of Prisons ("BOP") facility. (Docket entry no. 231.)[1] The BOP has sole authority to, among other things, designate an inmate's place of imprisonment and direct the transfer of an inmate from one facility to another. See 18 U.S.C.A. § 3621(b) ("The Bureau may at any time . . . direct the transfer of a prisoner from one penal or correctional facility to another.") While the sentencing court's recommendation is a factor in the BOP's decision to either designate the place of imprisonment or transfer the inmate to another facility, the agency's decision "is not reviewable by any court." See id. Therefore, the Court denies Mr. Tyurin's request.

        The Court encourages Mr. Tyurin to discuss his request with his counselor and follow any BOP procedures for making such requests. The Court will also recommend that the

---

[1]     Docket entry citations are to case number 15-CR-333.

Bureau of Prisons redesignate Mr. Tyurin to a suitable lower-security facility that affords opportunities for video visits with family.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Tyurin.

SO ORDERED.

Dated: New York, New York
August 19, 2022

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy mailed to:**
Andrei Tyurin
Reg. No. 86107-054
FCI Berlin
Federal Correctional Institution
P.O. Box 9000
Berlin, NH 03570