UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>ANDREI TYURIN,<br>                                        Defendant. | 15-CR-333-LTS |

Scheduling Order

The Court has received Defendant's letter submission requesting modification of his sentence, pursuant to 18 U.S.C. section 3582(c)(1)(A).  The Government is directed to file its response by **December 8, 2023**.  Defendant may file a reply, if any, by **December 15, 2023**.

        SO ORDERED.

Dated: New York, New York
            November 27, 2023

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge