UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                            No.  15-CR-333-LTS

ANDREI TYURIN,                       ORDER

        Defendant.

--------------------------------------------------------x

        Mr. Tyurin filed a pro se motion for compassionate release.  (Docket entry no. 328.)  The Government is directed to file a response by March 3, 2026.  Mr. Tyurin is directed to file any reply by March 24, 2026.  The Clerk of the Court is also directed to mail this order to Mr. Tyurin at the address indicated below.

        SO ORDERED.

Dated: New York, New York          _/s/ Laura Taylor Swain_____
     February 17, 2026           LAURA TAYLOR SWAIN
                          Chief United States District Judge

**Mail to:**

Andrei Tyurin (# 86107-054)
Oxford FCI
PO Box 1000
Oxford, WI 53952