UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

     Plaintiff,

    -v-                                  No.  15-CR-00333-LTS-4

ANDREI TYURIN,

     Defendant.

--------------------------------------------------------x

<u>ORDER</u>

On June 22, 2026, the Court denied Mr. Tyurin's motion to reduce his sentence pursuant to section 3582(c)(1)(A) of title 18 of the U.S. Code.  (Docket entry no. 337.)  The Clerk of Court is respectfully directed to mail a copy of docket entry nos. 337 and 338 to Mr. Tyurin at:

> Andrei Tyurin
> Reg. No. 86107-054
> FCI Oxford
> Federal Correctional Institution P.O. Box 1000
> Oxford, WI 53952.

SO ORDERED.

Dated: New York, New York
       June 24, 2026

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge